UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JULIAN ESPINOZA-MARTINEZ,<br><br>Defendant. | Case No.: 17-cr-2081-BEN<br><br>ORDER AND JUDGMENT TO DISMISS INFORMATION |



The United States Attorney charges:

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled Information charging defendant JOSE JULIAN ESPINOZA-MARTINEZ with violation of:

Title 21, U.S.C., § 841(a)(1)
Possession of Marijuana with Intent to Distribute

filed on July 27, 2017, be dismissed without prejudice as to the above named defendant.

**IT IS FURTHER ORDERED** that the defendant be released, if in custody, or that bond be exonerated, if bond posted.

**IT IS FURTHER ORDERED** that any pending hearing dates be vacated.

DATED: November 6, 2017

_____
HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE